UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-132-RLV
(5:03-cr-4-RLV-8)

| RODERICK LAMAR WILLIAMS | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on its own motion subsequent to Petitioner filing a motion to amend his pro se 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. Nos. 6, 7.)

The amendment of a § 2255 motion is governed by Rule 15 of the Federal Rules of Civil Procedure. See United States v. Pittman, 209 F.3d 314, 317 (4th Cir. 2000). By previous Order, the Government has been directed to file an answer, motion, or response to Petitioner's Motion to Vacate. (Doc. No. 5.) The Government's pleading currently is due on or before December 23, 2016. In that pleading, the Government also shall address the timeliness of Petitioner's motion to amend under Federal Rule of Civil Procedure 15(c), and, if warranted, its merits.

**IT IS SO ORDERED.**

Signed: November 1, 2016

Richard L. Voorhees
United States District Judge